IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KAMIL MCFADDEN, | : | CIVIL ACTION |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| JEFFREY BEARD, et al., | : | NO. 09-5952 |
| Respondents. | : | |

**O R D E R**

AND NOW, this 11th day of APRIL, 2011, upon careful and independent consideration of the petition for writ of habeas corpus and accompanying brief, the response thereto, Petitioner's reply brief, and the state court record, and after review of the Report and Recommendation of United States Magistrate Judge David R. Strawbridge, IT IS HEREBY ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. The petition for a writ of habeas corpus is DENIED; and

3. There is no basis for the issuance of a certificate of appealability.

The Clerk of Court is directed to close this matter for statistical purposes.

BY THE COURT:


/S/ Harvey Bartle, III
HARVEY BARTLE, III,            Ch. J.